ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                                  COURT OF APPEALS

                          \*     OF MARYLAND

          Petitioner,

                          \*     Misc. Docket AG

v.

                          \*     No. __23__

AUBREY PAIGE POPPLETON

                          \*     September Term, 2018

          Respondent.

                          \*

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Aubrey Paige Poppleton, to indefinitely suspend the Respondent from the practice of law for violations of Rules 8.4(a), (b) and (d) of the Maryland Attorney's Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this __28th__ day of __September__, 2018;

ORDERED, that the Respondent, Aubrey Paige Poppleton, be indefinitely suspended from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Aubrey Paige Poppleton from the register of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

                                          __/s/ Clayton Greene Jr.__
                                          Senior Judge

Bessie Decker, Clerk
April 20, 2018